UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 27 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

AMERICAN UNIVERSITY OF ANTIGUA
COLLEGE OF MEDICINE, ET AL.

vs.

ARKANSAS STATE MEDICAL BOARD,
ET AL.

CIVIL ACTION NO:

4:09-W-306 SWW

DEFENDANTS

## MEMO TO THE FILE

On this ____ day of **April**, 20**09**, I have filed a complaint in the above styled case. The summons has been signed by a deputy clerk, and the seal of the court placed thereon and has been returned to me for service. In order to effect service of summons, I shall:

_____  1.  Send a copy of the complaint to each defendant named in the complaint in compliance with the requirements of Rule 4(d) of FRCP. I have the required copies of the *Notice of Lawsuit* and *Request for Waiver of Service for Summons* and *Waiver of Service of Summons*.

__X__  2.  In lieu of the Waiver of Service Process, I will use one of the following methods for service:

   A.  Private Process Server

   Name of Server: **Myers Attorney's Services**

   City: **Little Rock**     State **AR**
   (or others as needed)

   B.  The following person who is not a party to the lawsuit and is over 18 years of age:

   Name: _____

   Address: _____

   _____

   C.  United States Marshal. I will get a court order for service by the Marshal and will furnish a Marshal's Form 285 for each defendant to be served.

   D.  Other: (Specify) _____

   _____

**I UNDERSTAND THAT IF NO RETURN OF SERVICE IS MADE ON SUMMONS WITHIN 120 DAYS FROM THIS DATE, THIS COMPLAINT IS SUBJECT TO BEING DISMISSED.**

ATTORNEY FOR PLAINTIFF: **SHULTS LAW FIRM, LLP**

BY: _____
Steven Shults, Ark. Bar #78139
200 West Capitol Ave., Suite 1600
Little Rock, AR  72201
(501) 375-2301