IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                    PLAINTIFFS
COLLEGE OF MEDICINE;
SHREEKANTH CHERUKU;
ANJAN PATEL;
AMBER MILWARD; and
JUSTIN T. HARNEY

v.                        No. 4:09-CV-306 SWW

ARKANSAS STATE MEDICAL BOARD;                    DEFENDANTS
TRENT P. PIERCE, M.D.;
JOSEPH M. BECK, II, M.D.;
BOBBY E. COGBURN, M.D.;
ANNE BRITTON;
OMAR T. ATIQ, M.D.;
JIM C. CITTY, M.D.;
WILLIAM F. DUDDING, M.D.;
ROGER HARMON, P.D.;
PATTY K. PETTWAY, D.O.;
DOUGLAS F. SMART, M.D.;
JOHN B. WEISS, M.D.; and
HAROLD B. BETTON, M.D.

## MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), the undersigned, as counsel of record in this case for plaintiffs, and as a member of the bar of this Court, moves the Court to admit the following attorney to the bar of this Court for the limited purpose of participating in this case:

Leonard A. Sclafani

Mr. Sclafani practices with the law firm of Leonard A. Sclafani, P.C., 2 Wall Street – 5th Floor, New York, New York 10005, (212) 696-9880, e-mail address lsclafani@AUAMED.ORG.

Mr. Sclafani is a member of the bars of the State of New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Southern District of New York, and the U.S. Court of Appeals for the Second Circuit.

1

Mr. Sclafani has not been the subject of any disbarment or disciplinary proceeding. The Court and the other attorneys in this case may readily communicate with the undersigned regarding the conduct of this case. A proposed order is submitted to the Court with a copy of this motion.

WHEREFORE, the undersigned prays that the Court grant this motion and admit Leonard A. Sclafani *pro hac vice* to the bar of this Court for the limited purpose of participating in this case.

DATED: April 27, 2009.

        SHULTS LAW FIRM, LLP
        200 West Capitol Avenue, Suite 1600
        Little Rock, AR 72201-3637
        (501) 375-2301

        By: /s/ Steven Shults
            Steven Shults
            Ark. Bar No. 78139

            Debra K. Brown
            Ark. Bar No. 80068

            John Perkins
            Ark. Bar No. 2005252

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2009, I electronically filed the Motion to Admit *Pro Hac Vice* with the Clerk of Court using the CM/ECF system. I certify that I provided or will provide the document to a process server for service on the defendants along with a summons and a copy of the original complaint.

        By: /s/ Steven Shults
            Steven Shults