IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE; SHREEKANTH CHERUKU; ANJAN PATEL; AMBER MILWARD; AND JUSTIN T. HARNEY; | * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:09CV00306 SWW |
| ARKANSAS STATE MEDICAL BOARD; ET AL; | * * | |
| Defendants. | * * | |

ORDER

Before the Court is plaintiffs' motion for the admission *pro hac vice* of Leonard A. Sclafani, with the law firm of Leonard A. Sclafani of New York, New York, to appear as counsel of record in this case pursuant to Local Rule 83.5(d). The motion [docket entry 3] is granted.

SO ORDERED this 28th day of April, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE