IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMERICAN UNIVERSITY OF ANTIGUA**                        **PLAINTIFFS**
**COLLEGE OF MEDICINE;**
**SHREEKANTH CHERUKU;**
**ANJAN PATEL;**
**AMBER MILWARD; and**
**JUSTIN T. HARNEY**

     **v.**                         **No. 4:09-CV-306 SWW**

**ARKANSAS STATE MEDICAL BOARD;**                         **DEFENDANTS**
**TRENT P. PIERCE, M.D.;**
**JOSEPH M. BECK, II, M.D.;**
**BOBBY E. COGBURN, M.D.;**
**ANNE BRITTON;**
**OMAR T. ATIQ, M.D.;**
**JIM C. CITTY, M.D.;**
**WILLIAM F. DUDDING, M.D.;**
**ROGER HARMON, P.D.;**
**PATTY K. PETTWAY, D.O.;**
**DOUGLAS F. SMART, M.D.;**
**JOHN B. WEISS, M.D.; and**
**HAROLD B. BETTON, M.D.**

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff American University of Antigua College of Medicine ("AUA") states that it is wholly owned by GCLR, LLC, a New York limited liability company.  GCLR, LLC is wholly owned by Manipal Universal Learning, Inc., a corporation organized under the laws of the Republic of Mauritius.  Manipal Universal Learning, Inc. is in turn wholly owned by Manipal Universal, Inc., a corporation organized under the laws of the Republic of India.  None of these entities is publicly traded.

DATED: May 1, 2009.

          SHULTS LAW FIRM, LLP
          200 West Capitol Avenue, Suite 1600
          Little Rock, AR 72201-3637
          (501) 375-2301

          By:  /s/ John Perkins
              Steven Shults
              Ark. Bar No. 78139

              Debra K. Brown
              Ark. Bar No. 80068

              John Perkins
              Ark. Bar No. 2005252

          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 1, 2009, I electronically filed the Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system. I certify that on May 1, 2009, I mailed the document by United States Postal Service to the following non CM/ECF participants:

Arkansas State Medical Board
c/o Mr. William H. Trice, II
Hope, Trice & O' Dwyer P.A.
211 Spring Street
Little Rock, AR 72201

Dr. Trent P. Pierce
c/o Mr. William H. Trice, II
Hope, Trice & O' Dwyer P.A.
211 Spring Street
Little Rock, AR 72201

Dr. Joseph M. Beck, II
1 Tree Tops Lane, Apt. 1102
Little Rock, AR 72202

Dr. Bobby E. Cogburn
500 Coley Drive
Mountain Home, AR 72653

Mrs. Anne Britton
2531 Jimmie Avenue
Fayetteville, AR 72703

Dr. Omar T. Atiq
7600 Rosswood Road
Pine Bluff, AR 71603

Dr. Jim C. Citty
0 Ridge Road
Searcy, AR 72143

Dr. William Forrest Dudding
1821 S. 73rd Circle
Fort Smith, AR 72903

Roger Harmon, P.D.
216 Dunwoody Drive
Jonesboro, AR 72404

Dr. Patty K. Pettway  
3639 Jack Creek Road  
Booneville, AR  72927  

Dr. John B. Weiss  
968 E. Township  
Fayetteville, AR  72703  

Dr. Harold B. Betton  
72 Chenal Circle  
Little Rock, AR  72223  

Dr. Douglas F. Smart  
409 N. University  
Little Rock, AR  72205  


By:  \_/s/ John Perkins_____  
      John Perkins