AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

## NOTICE OF APPEARANCE

**AMERICAN UNIVERSITY OF**                                        **PLAINTIFF**
**ANTIGUA, et al.**
**v.**                              **No: 4:09-cv-306-SWW**

**ARKANSAS STATE MEDICAL**                                       **DEFENDANT**
**BOARD, et al.**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Arkansas State Medical Board;
Trent P. Pierce, M.D.;
Joseph M. Beck, II, M.D.;
Bobby E. Cogburn, M.D.;
Anne Britton;
Omar T. Atiq, M.D.;
Jim C. Citty, M.D.;
William F. Dudding, M.D.;
Roger Harmon, P.D.;
Patty K. Pettway, D.O.;
Douglas F. Smart, M.D.;
John B. Weiss, M.D.; and
Harold B. Betton, M.D.

     I certify that I am admitted to practice in this court.

May 18, 2009
Date

/s/ Mark N. Ohrenberger
Signature

Mark N. Ohrenberger
Print Name

2005151
Bar Number

323 Center Street, Suite 200

Address

| Little Rock | AR | 72201 |
|---|---|---|
| City | State | Zip Code |

(501) 682-3665

Phone Number

mark.ohrenberger@arkansasag.gov

E-Mail


## CERTIFICATE OF SERVICE

I, Mark N. Ohrenberger, hereby certify that on May 18, 2009  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notice to any participants.

Mr. Steven Shultz
Ms. Debra K. Brown
Mr. John Perkins


I, Mark N. Ohrenberger, hereby certify that on May 18, 2009  , I mailed the document by United States Postal Service to the following non CM/ECF participant:

Mr. Leonard A. Sclafani
Leonard A. Sclafani, P.C.
2 Wall Street - 5th Floor
New York, New York 10005


/s/ Mark N. Ohrenberger
Arkansas Bar, #2005151
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201-2610
Telephone:  (501)682-3665
Facsimile:   (501) 682-2591
mark.ohrenberger@arkansasag.gov

Attorneys for Defendants