# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA COLLEGE
OF MEDICINE, ET AL

VS.                          NO. 4:09CV00306 SWW

ARKANSAS STATE MEDICAL BOARD, ET AL


## INITIAL SCHEDULING ORDER

The following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:    MONDAY, JULY 27, 2009.**

The parties are jointly responsible for holding their Rule 26(f) conference on or before *JULY 27, 2009*.

**(2) Rule 26(f) Report Due Date:    MONDAY, AUGUST 10, 2009.**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:        Monday, NOVEMBER 23, 2009, 9:30 A.M.**
                                **500 West Capitol, Room 1D**
                                **Little Rock, AR 72201**


**(4) Rule 16(b) Conference (if needed):**

A telephone conference will be held, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then a telephone conference will be unnecessary.

- 2 -

**(5) Final Scheduling Order**:     <u>**Will be issued on or before AUGUST 17, 2009.**</u>

A Final Scheduling Order will on or before *AUGUST 17, 2009*, confirming the **COURT** trial date of *NOVEMBER 23, 2009*, setting deadlines, and resolving any disputes which may be taken up in a telephone conference.

```
                              AT THE DIRECTION OF THE COURT
                              James W. McCormack, Clerk


                              /s/ Cecilia Norwood
                                      Deputy Clerk
                                      (501)604-5104
```