IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                    PLAINTIFFS
COLLEGE OF MEDICINE;
SHREEKANTH CHERUKU;
ANJAN PATEL;
AMBER MILWARD; and
JUSTIN T. HARNEY

v.                                    No. 4:09-CV-306 SWW

ARKANSAS STATE MEDICAL BOARD;                                     DEFENDANTS
TRENT P. PIERCE, M.D.;
JOSEPH M. BECK, II, M.D.;
BOBBY E. COGBURN, M.D.;
ANNE BRITTON;
OMAR T. ATIQ, M.D.;
JIM C. CITTY, M.D.;
WILLIAM F. DUDDING, M.D.;
ROGER HARMON, P.D.;
PATTY K. PETTWAY, D.O.;
DOUGLAS F. SMART, M.D.;
JOHN B. WEISS, M.D.; and
HAROLD B. BETTON, M.D.

## AFFIDAVIT OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l)(1) and Local Rule for the Eastern District of Arkansas 4.1(c), I submit the following information:

1. Attorney William H. Trice, II, at Hope, Trice & O' Dwyer P.A., 211 Spring Street, Little Rock, AR 72201, accepted service on behalf of Defendants Arkansas State Medical Board and Trent P. Pierce, M.D. A copy of the complaint and a summons directed to each such defendant were served on April 28, 2009.

1

2. Defendant Douglas F. Smart, M.D. was served personally with the complaint and a summons directed to him as reflected in the affidavit of service by Myers Attorney's Service filed contemporaneously with this affidavit.

3. Defendants Joseph M. Beck, II, M.D.; Bobby E. Cogburn, M.D.; Anne Britton; Omar T. Atiq, M.D.; Jim C. Citty, M.D.; William F. Dudding, M.D.; Roger Harmon, P.D.; Patty K. Pettway, D.O.; John B. Weiss, M.D.; and Harold B. Betton, M.D. were served with a copy of the complaint and a summons directed to each such defendant by certified mail, with a return receipt requested and delivery restricted to each such defendant. Copies of the return receipts are attached to this affidavit. *See* Exhibits 1-10.

I attest under penalty of perjury the truth and accuracy of the foregoing facts.

_____
John R. Perkins, III

STATE OF ARKANSAS  §
§
COUNTY OF PULASKI  §

Subscribed to and sworn before me, the undersigned Notary Public in and for the above county and state, on the 26th day of May, 2009.

_____
Notary Public

My Commission Expires:

10-12-2016



OFFICIAL SEAL
ROBIN D. BRADY
NOTARY PUBLIC - ARKANSAS
LONOKE COUNTY
My Commission Expires: 10-12-2016
COMMISSION # 12350861

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *R Peters*  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>*R Peters* |
| 1. Article Addressed to:<br>Dr. Joseph M. Beck, II<br>1 Tree Tops Lane, Apt. 1102<br>LR, AR 72202 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>[LITTLE ROCK MAIN OFFICE APR 06 2009 postmark]<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7099 3400 0016 4117 5621 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**EXHIBIT 1**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Beverly Cogburn_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>5-?|
| 1. Article Addressed to:<br><br>Dr. Bobby E. Cogburn<br>333 Marion 1004<br>Flippin, AR 72634-9541 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)  7099 3400 0016 4117 5546 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Anne Britton_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mrs. Anne Britton<br>2531 Jimmie Avenue<br>Fayetteville, AR<br>72703 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>[postmark: 13 2009] |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)   7099 3400 0016 4117 5560 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

EXHIBIT 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): O. Atiq     C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dr. Omar T. Atiq<br>7600 Rosswood Rd.<br>Pine Bluff, AR 71603 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>MAY 01 2009<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)    7099 3400 0016 4117 5607 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 4

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Jim Citty   C. Date of Delivery 5-9-09 |
| 1. Article Addressed to:<br>Dr. Jim C. Citty<br>0 Ridge Road<br>Searcy, AR 72143 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)   7099 3400 0016 4117 5508 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _William F. Dudding_ ☐ Agent ☒ Addressee

B. Received by (Printed Name): William F Dudding
C. Date of Delivery

1. Article Addressed to:

Dr. William F. Dudding
1821 S. 73rd Cir.
Ft. Smith, AR 72903

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Postmark: MAY 12 2009]

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7099 3400 0016 4117 5300

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

EXHIBIT
tabbies
6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Roger Harmon_  ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Roger Harmon  MAY 2009 |
| 1. Article Addressed to:<br>Roger Harmon, P.D.<br>216 Dunwoody Dr.<br>Jonesboro, AR 72404 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label)  7099 3400 0016 4117 5553 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 7

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _P. Pettway_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Patty Pettway_   C. Date of Delivery _4-30-09_<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Dr. Patty Pettway<br>3639 Jack Creek Rd.<br>Booneville, AR 72927 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7099 3400 0016 4117 5584 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 8

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 5-2-09 |
| 1. Article Addressed to:<br><br>Dr. John B. Weiss<br>968 E. Township<br>Fayetteville, AR<br>72703 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label)   7099 3400 0016 4117 5577 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBIT 9

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Dr. Harold B. Betton<br>72 Chenal Cir.<br>LR, AR 72223 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7099 3400 0016 4117 5591 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

EXHIBIT 10