# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of ARKANSAS

Case Number: 4-09-CV0306 SWW

Plaintiff:
**AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, ET AL**
vs.
Defendant:
**ARKANSAS STATE MEDICAL BOARD, ET AL**

For: Mr. John Perkins
    SHULTS LAW FIRM

Received by MYERS ATTORNEY'S SERVICE on the 29th day of April, 2009 at 3:19 pm to be served on **DOUGLAS F. SMART, M.D., 409 N. UNIVERSITY AVENUE, LITTLE ROCK, AR 72205, 501-664-6980.** I, _Ray Bryant_, being duly sworn, depose and say that on the _30_ day of _April_, 20_09_ at _5:00_ _p_.m., executed service by delivering a true copy of the **SUMMONS & PLAINTIFF'S ORIGINALS COMPLAINT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

( ) SUBSTITUTE SERVICE: BY SERVING _____ AS
_____

( ) DELIVERED DOCUMENTS: SEE COMMENTS BELOW:

( ) OTHER SERVICE: SEE COMMENTS BELOW:

( ) NON SERVICE SEE COMMENTS BELOW

SERVICE COMPLETED AT: _409 N. University Ave. Little Rock, AR_

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Youree Crook_
NOTARY PUBLIC

Youree Crook
County Of Pulaski
Notary Public - Arkansas
My Commission Exp. 03/21/2015

_Ray Bryant_
PROCESS SERVER # _117_
Appointed in accordance
with State Statutes

**MYERS ATTORNEY'S SERVICE**
**300 Spring Building**
**300 Spring Street, Suite 612**
**Little Rock, AR 72201**
**(501) 376-6266**
Our Job Serial Number: 2009001543

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i