IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                    PLAINTIFFS
COLLEGE OF MEDICINE;
SHREEKANTH CHERUKU;
ANJAN PATEL;
AMBER MILWARD; and
JUSTIN T. HARNEY

      v.                            No. 4:09-CV-306 SWW

ARKANSAS STATE MEDICAL BOARD;                                     DEFENDANTS
TRENT P. PIERCE, M.D.;
JOSEPH M. BECK, II, M.D.;
BOBBY E. COGBURN, M.D.;
ANNE BRITTON;
OMAR T. ATIQ, M.D.;
JIM C. CITTY, M.D.;
WILLIAM F. DUDDING, M.D.;
ROGER HARMON, P.D.;
PATTY K. PETTWAY, D.O.;
DOUGLAS F. SMART, M.D.;
JOHN B. WEISS, M.D.; and
HAROLD B. BETTON, M.D.

**AGREED MOTION FOR EXTENSION OF TIME
FOR RULE 26(f) DEADLINES**

    Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, move to extend the time for the Federal Rule of Civil Procedure 26(f) conference, until and including August 28, 2009; to extend the deadline for the Rule 26(f) report, until and including, September 11, 2009; and to extend the deadline for the issuance of the final scheduling order, until and including, September 18, 2009. In support of their motion, Plaintiffs state:

    1.      Defendants have agreed to this motion and the relief it requests.

2. The Court in its Initial Scheduling Order (docket number 9), set the Rule 26(f) conference deadline for July 27, 2009, the Rule 26(f) report deadline for August 10, 2009, and the deadline for the issuance of a final scheduling order for August 17, 2009.

3. The parties are in the process of arranging a settlement meeting for August 7, 2009, which may obviate the need for a Rule 26(f) conference at all.

4. Pursuant to Federal Rule of Civil Procedure 6(b)(A), a court may extend the time to perform an act for good cause. Plaintiffs and Defendants jointly agree that cause exists for these extensions of time, as it will provide the parties the opportunity to potentially resolve this matter.

WHEREFORE, Plaintiffs pray that the Court grant this motion and extend the deadline for the Rule 26(f) conference, until and including, August 28, 2009; extend the deadline for the Rule 26(f) report, until and including, September 11, 2009; and extend the deadline for the final scheduling order, until and including, September 18, 2009.

DATED: July 24, 2009.

SHULTS LAW FIRM, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3637
(501) 375-2301

By: __/s/ John Perkins__
  Steven Shults
  Ark. Bar No. 78139

  Debra K. Brown
  Ark. Bar No. 80068

  John Perkins
  Ark. Bar No. 2005252

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on July 24, 2009, I electronically filed the Agreed Motion for Extension of Time for Rule 26(f) Deadlines with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610

                                  By:  /s/ John Perkins
                                         John Perkins