IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA      *
COLLEGE OF MEDICINE; SHREEKANTH     *
CHERUKU; ANJAN PATEL; AMBER         *
MILWARD; AND JUSTIN T. HARNEY;      *
                                    *
            Plaintiffs,             *
                                    *
vs.                                 *        No. 4:09CV00306 SWW
                                    *
ARKANSAS STATE MEDICAL BOARD;       *
ET AL;                              *
            Defendants.             *
                                    *

ORDER

Before the Court is plaintiffs' motion for an extension of time for the Fed.R.Civ.P. 26(f)

conference and report and for the issuance of the final scheduling order.  Plaintiffs state

defendants do not object.  For good cause shown, the motion [docket entry 13] is granted.  The

parties have until and including August 28, 2009, in which to hold the Rule 26(f) conference, and

until and including September 11, 2009, in which to file their Rule 26(f) report.  The deadline for

the issuance of the final scheduling order pursuant to Fed.R.Civ.P. 16(b) is extended to and

including September 18, 2009.

SO ORDERED this 27th day of July, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE