Case: 4:09cv306

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 12 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Leonard A. Scalfani
Attorney at Law
2904 South 21st Street
Forth Smith, AR 72901



**UNITED STATES DISTRICT COURT**
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

FORT SMITH AR 729
30 JUL 2009 PM 1

WRONG ADDRESS FOR THIS PERSON

NIXIE        727    SC 1        70 08/0
         RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 72201332999        *2357-02500-0