## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE, ET AL**   Plaintiff(s)

v.   No. **4:09CV00306 SWW**

**ARKANSAS STATE MEDICAL BOARD, ET AL**   Defendant(s)

## FINAL SCHEDULING ORDER

This matter is now scheduled for trial to the Court in *LITTLE ROCK*, Arkansas, during the week beginning *SEPTEMBER 13, 2010*, at *9:30 A.M.*.  Counsel are to be present *30 minutes prior* to trial.

1. **DISCOVERY COMPLETION**

    All discovery including evidentiary depositions, shall be completed *no later than APRIL 30, 2010*.  The parties may conduct discovery beyond this date if all parties are in agreement to do so; *however, the Court will not be available to resolve any disputes which arise during the course of this extended discovery.*

2. **MOTIONS DEADLINES**

    a. Motions to amend the pleadings (including the complaint) shall be filed by *FEBRUARY 26, 2010;*

    b. Motions in limine shall be filed within the *10 calendar days* prior to trial; however, all motions shall be filed *no later than 3:00 p.m. on Friday* prior to the trial date; and,

    c. All other motions, including motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by *APRIL 30, 2010*.

    > **FAILURE TO MEET THIS DEADLINE MAY RESULT IN DENIAL OF SUCH MOTION/PLEADING SOLELY ON THE BASIS OF UNTIMELY FILING.**

3. **PRETRIAL DISCLOSURE SHEET**

The *Pretrial Disclosure Sheet* as outlined in Local Rule 26.2 shall be filed with the Clerk by *AUGUST 13, 2010*.

4. **SETTLEMENT CONFERENCE**

After discovery has been completed, the parties may request a settlement conference to be conducted by the Magistrate Judge. The request for such a settlement conference should be made no later than *30 calendar days* prior to trial date.

5. **STIPULATION OF AGREED FACTS**

A comprehensive *stipulation of agreed facts* shall be filed with the Clerk no later than *10 calendar days* prior to trial.

6. **TRIAL BRIEFS & PROPOSED FFCL**

Simultaneous trial briefs and proposed Findings of Fact and Conclusions of Law are to be submitted to the Court *15 calendar days* prior to trial. If possible, the Court requests counsel to provide the findings of fact/conclusions of law saved as a WordPerfect document or Rich Text Format file attached to an e-mail addressed to swwchambers@ared.uscourts.gov. Please type the case name and number in the subject box. Otherwise, the Court requests counsel to provide the findings of fact/conclusions of law on a 3 ½" diskette, along with the written copy.

The parties are urged to e-mail the briefs to swwchambers@ared.uscourts.gov with *electronic links to citations*. Both Westlaw and Lexis-Nexis have software available for download free of charge: http://west.thomson.com/software/westcitelink, http://support.lexis-nexis.com/citationtools2001. Use of these tools in word processing documents (Corel Word Perfect or Microsoft Word) will provide automatic links to the full text documents in Westlaw or Lexis-Nexis. Further, the Court encourages the parties to utilize citation-checking services available online.

7. **STATISTICAL DATA**

Any statistical data to be introduced into evidence shall be reduced to graph, chart or other

comprehensive written form and presented to the court *15 calendar days* prior to trial. Any objection to the statistics or the factual basis thereof shall be delivered *5 calendar days* thereafter.

8. **MARKING & EXCHANGE OF ALL EXHIBITS**

To avoid delay during trial, counsel shall *mark and exchange all exhibits prior to trial,* stipulating to as many as possible. *The exhibits are to be listed in numerical sequence. Note stipulations and objections on the exhibit list.* If there is *an objection* to an exhibit, *attach a statement* setting out the basis for both the offer and the objection. The list is to be *delivered/mailed* to Cecilia Norwood *no later than 5 calendar days* prior to trial.

9. **MERGERS & ACQUISTITIONS**

If any party is a publicly-traded corporation, counsel should keep the Court advised of any actual merger or a pending acquisition so that the Court might prevent conflicts of interest from arising from the Judge's financial holdings.

10. **COURTROOM TECHNOLOGY**

The Court will contact counsel prior to trial to inquire whether counsel are familiar with the Court's electronic equipment for presentation of evidence. If necessary, the Court will schedule a pretrial courtroom visit in order that counsel may become familiar with this electronic equipment, which the Court expects counsel to use during presentation of documentary evidence at trial.

*If the parties anticipate bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.*

**In the event of settlement,** please notify Ms. Cecilia Norwood at (501) 604-5104 *immediately.*

IT IS SO ORDERED this 26th day of October 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE