IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AMERICAN UNIVERSITY OF ANTIGUA**                                                  **PLAINTIFFS**
**COLLEGE OF MEDICINE;**
**SHREEKANTH CHERUKU;**
**ANJAN PATEL;**
**AMBER MILWARD; and**
**JUSTIN T. HARNEY**

       v.                        No. 4:09-CV-306 (SWW)

**ARKANSAS STATE MEDICAL BOARD;**                            **DEFENDANTS**
**TRENT P. PIERCE, M.D.;**
**JOSEPH M. BECK, II, M.D.;**
**BOBBY E. COGBURN, M.D.;**
**ANNE BRITTON;**
**OMAR T. ATIQ, M.D.;**
**JIM C. CITTY, M.D.;**
**WILLIAM F. DUDDING, M.D.;**
**ROGER HARMON, P.D.;**
**PATTY K. PETTWAY, D.O.;**
**DOUGLAS F. SMART, M.D.;**
**JOHN B. WEISS, M.D.; and**
**HAROLD B. BETTON, M.D.**

<u>**PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**</u>

Pursuant to Federal Rule of Civil Procedure 15, Local Rule 5.5(e), and this Court's Scheduling Order, Plaintiffs, American University of Antigua College of Medicine ("AUA"), individually and on behalf of current and former students, and Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, move this Court for leave to file the first amended complaint attached to this motion, and state as follows:

1. Plaintiffs have determined that additional requests for injunctive and declaratory relief should be asserted against defendants in this matter, in order to accord them the proper and full relief for their stated causes of action. In addition, plaintiffs have alleged particular

statements of the Individual Board Member defendants that are defamatory.  A copy of Plaintiffs' proposed First Amended Complaint is attached as Exhibit "A".  Paragraphs 59, 109-10, 118, and 120 contain the proposed changes.

2. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given when justice so requires.

3. "Unless there is good reason for denial, such as undue delay, bad faith, or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of the amendment, leave to amend should be granted." *Becker v. Univ. of Nebraska at Omaha*, 191 F.3d 904, 907-08 (8th Cir. 1999).

4. In this case, none of those circumstances is present.

5. This motion for leave to amend is filed before the deadline provided for in this Courts' Scheduling Order.  *See* Dkt. #18.  Further, Plaintiffs' First Amended Complaint will not hinder or delay these proceedings.  The additional claims for declaratory and injunctive relief arise out of the same series of operative facts as alleged in the original complaint.

6. In addition, there have been no previous amendments in this case, or any deficiencies found in Plaintiffs' Original Complaint.

7. Defendants are opposed to this motion, but given the timing and nature of the proposed amendment, there is no prejudice to Defendants that warrants the denial of this motion to amend.

WHEREFORE, Plaintiffs request that this Court grant this motion and enter an order permitting them to file the first amended complaint attached to this motion.

DATED: February 26, 2010.

LEONARD A. SCLAFANI, P.C.
2 Wall Street – 5th Floor
New York, New York 10005
(212) 696-9880

SHULTS, BROWN & PERKINS, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3637
(501) 375-2301

By: __/s/ John Perkins_____
    Steven Shults
    Ark. Bar No. 78139

    Debra K. Brown
    Ark. Bar No. 80068

    John Perkins
    Ark. Bar No. 2005252

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that on February 26, 2010, I electronically filed Plaintiffs' Motion for Leave to File First Amended Complaint with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov


By: __/s/ John Perkins_____
    John Perkins