

"Ann Simmons" <asimmons@shultslaw.com>
02/26/2010 04:18 PM

To  &lt;clerksoffice@ared.uscourts.gov&gt;
cc
bcc
Subject  American University of Antiqua College of Medicine, et al. v. Arkansas State Medical Board, et al.

Tammy,

Pursuant to our telephone conversation, we filed Plaintiff's Motion for Leave to File First Amended Complaint Document
No. 19 with the wrong attachment Exhibit A.  I am attaching the correct Exhibit A and would appreciate you correcting the court's record.  We will send a copy of the corrected document to all counsel.  Thank you and I apologize for any inconvenience this may have caused.


Ann Simmons
Legal Assistant
**SHULTS, BROWN & PERKINS, LLP**
200 West Capitol Avenue, Suite 1600
Little Rock, AR  72201
Phone:  (501) 375-2301
Fax:  (501) 375-6861
www.shultslaw.com


This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the intended recipient.  If you are not the intended recipient, any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately by telephone (501) 375-2301 or by reply e-mail, and delete this message and all copies, backups, and printouts.



2010-02-26 Exhibit A to Motion for Leave to File First Amended Complaint.pdf