IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE; SHREEKANTH CHERUKU; ANJAN PATEL; AMBER MILWARD; AND JUSTIN T. HARNEY;<br><br>Plaintiffs,<br><br>vs.<br><br>ARKANSAS STATE MEDICAL BOARD; ET AL;<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  No. 4:09CV00306 SWW<br>*<br>*<br>*<br>*<br>* |

ORDER

Before the Court is plaintiffs' motion for leave to file an amended complaint.  Plaintiffs state defendants oppose the motion.   Leave to amend should be freely given when justice so requires.  Fed.R.Civ.P. 15(a)(2).  The Court finds the motion [docket entry 19], which was filed in a timely manner as set forth the Final Scheduling Order, should be and is hereby granted.  Plaintiffs are directed to file their first amended complaint within seven [7] days from the date of entry of this Order.

DATED this 16th day of March, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE