IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                    PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

v.                          No. 4:09-CV-306 (SWW)

ARKANSAS STATE MEDICAL BOARD; ET AL.              DEFENDANTS

## AGREED MOTION FOR MODIFICATION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, move the Court to modify the Final Scheduling Order (dkt. # 18) to extend the discovery deadline until and including June 11, 2010, and to extend the "other motions" deadline, including motions for summary judgment, motions to dismiss and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), until June 28, 2010.  In support of their motion, Plaintiffs state:

1. Defendants have agreed to this motion and the relief it requests.

2. The Court, in its Final Scheduling Order (dkt. #18)), set the discovery deadline, and the "other motions" deadline, which included motions for summary judgment, motions to dismiss and *Daubert* motions, for April 30, 2010.

3. Pursuant to Federal Rule of Civil Procedure 16(a)(4), a court may modify its scheduling order for good cause.

4. Plaintiffs and Defendants jointly agree that cause exists for these extensions of time because there is significant discovery left to be done both from parties and nonparties alike. Further, this extension will not affect the other deadlines in the Final Scheduling Order, including the trial date, which is scheduled for the week of September 13, 2010.

WHEREFORE, Plaintiffs pray that the Court grant this motion and extend the discovery deadline until and including June 11, 2010, and extend the "other motions" deadline, including motions for summary judgment, motions to dismiss and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), until June 28, 2010.

DATED:  March 23, 2010.

>Leonard A. Sclafani
>LEONARD A. SCLAFANI, P.C.
>2 Wall Street – 5th Floor
>New York, New York 10005
>(212) 696-9880
>
>SHULTS, BROWN & PERKINS, LLP
>200 West Capitol Avenue, Suite 1600
>Little Rock, AR 72201-3637
>(501) 375-2301
>
>By:  /s/ John Perkins
>  John Perkins
>  Ark. Bar No. 2005252
>
>  Debra K. Brown
>  Ark. Bar No. 80068
>
>  Steven Shults
>  Ark. Bar No. 78139
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on March 23, 2010, I electronically filed this Agreed Motion for Modification of Discovery and Dispositive Motions Deadlines with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Mark N. Ohrenberger
    Arkansas Office of Attorney General
    323 Center Street, Suite 200
    Little Rock, Arkansas 72201-2610
    Mark.ohrenberger@arkansasag.gov

                                        By:  /s/ John Perkins_____
                                                 John Perkins