IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE; ET AL., | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:09CV00306 SWW |
| ARKANSAS STATE MEDICAL BOARD; ET AL; | * * | |
| Defendants. | * * | |

## ORDER

Before the Court is plaintiffs' agreed motion for an extension of the discovery and motions deadlines. The motion [doc. no. 25] is granted. The discovery deadline is extended until June 11, 2010. The deadline for other motions is extended until June 28, 2010.

SO ORDERED this 24th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE