**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**AMERICAN UNIVERSITY OF ANTIGUA**                    **PLAINTIFFS**
**COLLEGE OF MEDICINE; ET AL.**

    **v.**                    **No. 4:09-CV-306 (DPM)**

**ARKANSAS STATE MEDICAL BOARD; ET AL.**                    **DEFENDANTS**

<u>**AGREED MOTION FOR CONTINUANCE**</u>

    Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, move the Court to continue and extend the current deadlines contained in the Final Scheduling Order (dkt. # 18) and the Order extending the discovery and motions deadlines (dkt. # 26).  In support of their motion, plaintiffs state:

    1.    Defendants have agreed to this motion and the relief it requests.

    2.    The Court, in its Final Scheduling Order (dkt. #18), set the schedule for this matter, including deadlines for discovery, motions in limine, dispositive and *Daubert* motions, pretrial disclosure sheets, requests for a Magistrate Judge settlement conference, stipulations, trial briefs, proposed findings of fact and conclusions of law, statistical data, the marking and exchange of exhibits, and trial.

    3.    On March 24, 2010, this Court extended the discovery and motions deadlines. (Dkt. # 26).

    4.    Pursuant to Federal Rule of Civil Procedure 16(a)(4) and Local Rule 7.5, a court may modify its scheduling order for good cause.

    5.    Plaintiffs and defendants jointly agree that cause exists for an extension of all deadlines contained in the Court's Final Scheduling Order, and the subsequent extension, including the trial date, because there is significant discovery left to be done both from parties

and nonparties alike.  In particular, plaintiffs are in the process of obtaining discovery from several nonparties, including the Medical Board of California, which has necessitated a motion to compel in the Eastern District of California.  *See American University of Antigua College of Medicine, et al. v. The Medical Board of California*, 2:10-MC-0041 (FCD-DAD), United States District Court for the Eastern District of California, Sacramento Division.

6.  Therefore, plaintiffs move the Court to extend the deadlines in this matter as follows:

| | **Current Date** | **Proposed Deadline** |
|---|---|---|
| Trial Date | During the week beginning September 13, 2010 | November 29, 2010, or later |
| Discovery Deadline | June 11, 2010 | August 31, 2010 |
| Motions in Limine | 10 days prior to trial | Same |
| All other motions, including motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993) | June 28, 2010 | September 28, 2010 |
| Pretrial Disclosure Sheet | August 13, 2010 | 30 calendar days prior to trial |
| Request for Magistrate Judge Settlement Conference | 30 calendar days prior to trial | Same |
| Stipulation of Agreed Facts | 10 calendar days prior to trial | Same |
| Trials Briefs and proposed Findings of Fact and Conclusions of Law | 15 calendar days prior to trial | Same |
| Statistical Data Submissions | 15 calendar days prior to trial | Same |
| Objections to Statistical Data Submissions | 5 calendar days after submission of statistical data | Same |
| Mark and Exchange of Exhibits | 5 calendar days prior to trial | Same |

WHEREFORE, plaintiffs pray that the Court grant this motion and extend the deadlines in this matter as set forth above.

DATED:  May 12, 2010.

Leonard A. Sclafani
LEONARD A. SCLAFANI, P.C.
2 Wall Street – 5th Floor
New York, New York 10005
(212) 696-9880

SHULTS, BROWN & PERKINS, LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3637
(501) 375-2301

By:  /s/ John Perkins_____
        John P. Perkins, III
        Ark. Bar No. 2005252

        Debra K. Brown
        Ark. Bar No. 80068

        Steven Shults
        Ark. Bar No. 78139

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on May 12, 2010, I electronically filed this Agreed Motion for Continuance with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov

By:  /s/ John Perkins_____
        John P. Perkins, III