IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF
ANTIGUA COLLEGE OF
MEDICINE, ET AL.                                                                PLAINTIFFS

v.                          Case No. 4:09-CV-00306-DPM

ARKANSAS STATE MEDICAL
BOARD, ET AL.                                                                    DEFENDANTS

ORDER

The Plaintiff's agreed motion to continue, *Document No. 34*, is granted because discovery is not completed. Local Rule 7.5(a) & (b). The bench trial is rescheduled for sometime during the week of 29 November 2010, at 9:30 a.m. in Little Rock, Arkansas. Discovery must be completed by 31 August 2010. All motions (other than motions in limine) must be filed by 28 September 2010. Pretrial disclosure sheets are due to the Court 30 days before trial. All other dates under the Court's previous scheduling order, *Document No. 18*, remain in effect.

It Is So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2010