IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                             PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

v.                         No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                                       DEFENDANTS

### NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, will take the deposition of the following deponents as listed below, continuing from day to day until completed. The depositions will be recorded by stenographic and video means.

| DATE | DEPONENT | LOCATION |
|---|---|---|
| August 2, 2010<br>9:00 a.m. Pacific time | The Medical Board of California pursuant to Federal Rule of Civil Procedure 30(b)(6) (*See* Schedule A for matters for examination) | Barkley Court Reporters<br>770 L Street<br>Suite 950<br>Sacramento, California 95814 |
| August 3, 2010<br>9:00 a.m. Pacific time | Pat Park | Barkley Court Reporters<br>770 L Street<br>Suite 950<br>Sacramento, California 95814 |
| August 4, 2010<br>9:00 a.m. Pacific time | Barbara Yaroslavsky | Barkley Court Reporters<br>770 L Street<br>Suite 950<br>Sacramento, California 95814 |

DATED:  July 2, 2010.

                                                Leonard A. Sclafani
                                                LEONARD A. SCLAFANI, P.C.
                                                2 Wall Street – 5th Floor

>
> New York, New York 10005
> (212) 696-9880
>
> SHULTS, BROWN & PERKINS, LLP
> 200 West Capitol Avenue, Suite 1600
> Little Rock, AR 72201-3637
> (501) 375-2301
>
> By: /s/ John Perkins_____
>     John P. Perkins, III
>     Ark. Bar No. 2005252
>     jperkins@shultslaw.com
>
>     Debra K. Brown
>     Ark. Bar No. 80068
>     dbrown@shultslaw.com
>
>     Steven Shults
>     Ark. Bar No. 78139
>     sshults@shultslaw.com
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 2, 2010, I electronically filed this Notice of Depositions with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov

> By: /s/ John Perkins_____
>     John P. Perkins, III