SCHEDULE "A"

1. Correspondence, communications, meetings, and exchanges of information from January 1, 1984, through the present between the Medical Board of California and the following named entities, including committees thereof, relating to the approval or disapproval of medical schools located in the Caribbean region for purposes of determining the eligibility or lack thereof of students and/or graduates of such schools to engage in clinical clerkships, post graduate residency training and/or the practice of medicine in the State of California:

  a. The American Medical Association.
  b. The Association of American Medical Colleges.
  c. The Education Commission on Foreign Medical Graduate Education.
  d. The Federation of State Medical Boards.
  e. The Liaison Committee on Medical Education.

2. Correspondence, communications, meetings and exchanges of information from January 1, 1984, through the present between the Medical Board of California and the following named entities, including committees thereof, relating to the approval or disapproval of medical schools located in the Caribbean region for purposes of determining the eligibility or lack thereof of students and/or graduates of such schools to engage in clinical clerkships, postgraduate residency training and/or the practice of medicine in any State or U.S. territory other than California:

  a. The American Medical Association.
  b. The Association of American Medical Colleges.
  c. The Education Commission on Foreign Medical Graduate Education.
  d. The Federation of State Medical Boards.
  e. The Liaison Committee on Medical Education.

3. Correspondence, communications, meetings and other exchanges of information between the Medical Board of California and the Arkansas State Medical Board concerning plaintiff, American University of Antigua.

4. Correspondence, communications, meetings and other exchanges of information from January 1, 1984, through the present between the Medical Board of California and the Arkansas State Medical Board concerning any international medical school or the approval, disapproval or non-recognition of international medical schools.

5. Correspondence, communications, documents, or any other information used by the Medical Board of California in determining to include each of the medical schools on its list of "approved" and "disapproved" foreign medical schools.

6. The methodology, process, procedure, assessment, evaluation, criteria and requirements the Medical Board of California uses to approve or disapprove

international medical schools, including how questionnaires and written questions are developed.

7. The methodology, process, procedure, assessment, evaluation, criteria and requirements the Medical Board of California uses to approve or disapprove international medical schools located in the Caribbean region, including how questionnaires and written questions are developed.

8. History of approval, disapproval, and non-recognition of international medical schools by the Medical Board of California.

9. Correspondence, communications and exchanges of information from January 1, 1984, through the present between the Medical Board of California and any other State Medical Board relating to the process of approving or disapproving foreign medical schools for the purpose of determining the eligibility or lack thereof of students and/or graduates of such schools to engage in clinical clerkships, postgraduate residency training and/or the practice of medicine in any State or U.S. territory.

10. The use of consultants in the review of international medical schools, how the consultants are chosen, and their role in the application or review process.

11. Basis, justification, purpose, history, and meaning of Title 16 California Code of Regulations 1314.1.

12. Process, procedure, methodology, and assessment employed to determine whether an international medical school falls into Title 16 California Code of Regulations 1314.1(a)(1) or 1314.1(a)(2).

13. The purpose, meaning and rationale for the differentiation of international medical schools between schools in category Title 16 California Code of Regulations 1314.1(a)(1) and those in 1314.1(a)(2).

14. Procedure, methodology, process, basis, justification, requirements, history, and implementation of site visits to international medical schools.

15. History, purpose, process and result of any review, including site inspections, the Medical Board of California made of medical schools located in the Philippines.

16. History, purpose, process and result of any review, including site inspections, the Medical Board of California made of medical schools located in India.

17. The domestic accreditation systems for medical schools located in India and the Philippines.

18. The approximate numbers of foreign medical school graduates granted licensure in California by the country in which the medical school from which each graduated is located since 1992.

19. The approximate numbers of foreign medical graduates granted certification by the Education Commission on Foreign Medical Graduate Education by the country in which the medical school from which each graduated.

20. The approximate percentage of physicians licensed in the United States and in California that are graduates of foreign medical schools.

21. The citizenship of the student bodies at medical schools located in the Caribbean region.

22. Reports, studies, analyses, investigations, position papers, statements, responses, and publications of the Medical Board of California, or its consultants, from January 1, 1984, through the present concerning medical schools located in the Caribbean and/or the qualifications or lack thereof of graduates of such schools to engage in residency training or to practice medicine.

23. The process, procedure, questionnaires, responses, site inspections, and outcome of St. Matthew's University School of Medicine's application for approval to the Medical Board of California.

24. The process, procedure, questionnaires, responses, site inspections, and outcome of Saba University School of Medicine's application for approval to the Medical Board of California.

25. The process, procedure, questionnaires, responses, site inspections, and outcome of Latin American School of Medicine's (ELAM) application for approval to the Medical Board of California.

26. The process, procedure, questionnaires, responses, site inspections, and outcome of American University of Antigua's application for approval to the Medical Board of California.

27. Procedure, methodology, process, basis, justification, requirements, history and implementation of the periodic re-evaluation system for approved international medical schools identified in Title 16 California Code of Regulations 1314.1(f)-(g).

28. The practices of the Medical Board of California regarding graduates of unrecognized international medical schools who apply for licensure, including the history and rationale of those practices.

29. Physician shortage in the United States of America and the Association of American Medical Colleges position on the issue.

30. Reliance by State Medical Boards, including the Arkansas State Medical Board, on the Medical Board of California's approved list, disapproved list, and the non-recognition of foreign medical schools.