IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                    PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

     v.          No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                              DEFENDANTS

## AMENDED NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, will take the deposition of the following deponents as listed below, continuing from day to day until completed. The depositions will be recorded by stenographic and video means.

| DATE | DEPONENT | LOCATION |
| --- | --- | --- |
| August 2, 2010<br>9:00 a.m. Pacific time | The Medical Board of California pursuant to Federal Rule of Civil Procedure 30(b)(6) (*See* Schedule A to Notice of Depositions, docket no. 37, for matters for examination) | Barkley Court Reporters<br>770 L Street<br>Suite 950<br>Sacramento, California 95814 |
| August 3, 2010<br>9:00 a.m. Pacific time | Barbara Yaroslavsky | Barkley Court Reporters<br>770 L Street<br>Suite 950<br>Sacramento, California 95814 |
| August 5, 2010<br>9:00 a.m. Pacific time | Harold J. Simon, M.D., Ph.D. | Barkley Court Reporters<br>Premier Business Center<br>8880 Rio San Diego Drive, 8th Floor<br>San Diego, California 92108 |

DATED:  July 19, 2010.

        Leonard A. Sclafani
        LEONARD A. SCLAFANI, P.C.
        2 Wall Street – 5th Floor
        New York, New York 10005
        (212) 696-9880

        SHULTS, BROWN & PERKINS, LLP
        200 West Capitol Avenue, Suite 1600
        Little Rock, AR 72201-3637
        (501) 375-2301

        By:  /s/ John Perkins
            John P. Perkins, III
            Ark. Bar No. 2005252
            jperkins@shultslaw.com

            Debra K. Brown
            Ark. Bar No. 80068
            dbrown@shultslaw.com

            Steven Shults
            Ark. Bar No. 78139
            sshults@shultslaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on July 19, 2010, I electronically filed this Amended Notice of Depositions with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Mark N. Ohrenberger
    Arkansas Office of Attorney General
    323 Center Street, Suite 200
    Little Rock, Arkansas 72201-2610
    Mark.ohrenberger@arkansasag.gov

        By:  /s/ John Perkins
            John P. Perkins, III