IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                    PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

           v.                  No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                              DEFENDANTS

### NOTICE OF DEPOSITION BY WRITTEN QUESTIONS OF
### HAROLD J. SIMON, M.D., Ph.D.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 31, Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, will take the deposition of Harold J. Simon, M.D., Ph.D. by written questions. A copy of the questions that will be asked are included in this notice as Exhibit A. The deposition will be taken at 9:00 a.m. on August 30, 2010, before Barkley Court Reporters at the University of California San Diego, School of Medicine, 9500 Gilman Drive, IOA Building, Department of Medicine, Room 220, La Jolla, California 92093-0507.

DATED:  August 23, 2010.

                                      Leonard A. Sclafani
                                      LEONARD A. SCLAFANI, P.C.
                                      2 Wall Street – 5th Floor
                                      New York, New York 10005
                                      (212) 696-9880

                                      SHULTS, BROWN & PERKINS, LLP
                                      200 West Capitol Avenue, Suite 1600
                                      Little Rock, AR 72201-3637
                                      (501) 375-2301

                                      By:  /s/ John Perkins
                                            John P. Perkins, III
                                            Ark. Bar No. 2005252
                                            jperkins@shultslaw.com

        Debra K. Brown
        Ark. Bar No. 80068
        dbrown@shultslaw.com

        Steven Shults
        Ark. Bar No. 78139
        sshults@shultslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2010, I electronically filed this Notice of Deposition by Written Questions with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov

        By:  /s/ John Perkins\_\_
             John P. Perkins, III

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                    PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

     v.          No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                              DEFENDANTS

### DEPOSITION BY WRITTEN QUESTIONS OF HAROLD J. SIMON, M.D., Ph.D.

Instructions:  To the extent that you, Harold J. Simon, M.D., Ph.D., cannot recall exact circumstances, facts, or dates, please provide your best recollection.

Harold J. Simon, M.D., Ph.D., after first being duly sworn and under penalty of perjury, submits the following responses to this deposition upon written questions:

1. Please state your full name, age and address.

2. Please state your current occupation.

3. What date did you begin providing consulting services for the Medical Board of California?

4. Do you still provide such services?

5. Have you at any time served the Medical Board of California in any capacity other than as an outside consultant?

6. If your response to the previous question is in the affirmative, then for each service that you provided, describe in detail the service that you provided and the dates when the service was provided.

7. Please identify all schools in connection with which you provided consulting services for the Medical Board of California.

8. For each school that you identified in response to the preceding question, set forth the date when you first provided consulting services, the date when you last provided consulting services, each of the recommendations that you made regarding the schools and whether and/or to what extent the Medical Board of California adopted your recommendations.

1

EXHIBIT A

9.  Have you ever acted as a consultant for any medical board other than the Medical Board of California relating to any medical school located outside of the United States of America and Canada?

10. If your answer to the previous question is in the affirmative, please identify the medical board for which you acted, the subject matter of the consultation, including the name of any medical school involved, the dates during which you so acted, the recommendations that you made, if any, and whether and to what extent the medical board adopted your recommendations.

11. Have you ever been employed by, provided any services for or acted as an independent contractor or in any other capacity for, any organization, governmental, quasi governmental or private, of any type or nature, engaged in any manner in the evaluation, review, approval or disapproval, regulation or accreditation of any medical school located in whole or in part outside of the United States of America and Canada?

12. If your answer to the previous question is in the affirmative, set forth the following for each such employment or service provided and for each such organization:

    a.  identify the organization;
    b.  describe the nature of the employment or services provided;
    c.  set forth the dates of the employment or during which the service was provided;
    d.  did you disclose to the California Medical Board the fact that you were, or had been, employed or acted as a consultant or provided services for, such organization?
    e.  If yes, how and when did you do so?

13. Have you ever had any association, relationship or interest, direct or indirect, with a medical school located, in whole or in part, outside of the United States of America and Canada?

14. If your answer to the previous question is in the affirmative, please identify each of the medical schools involved and for each such school, separately set forth:

    a.  the exact nature of the association, relationship or interest;
    b.  the date when the relationship or association began, or the interest was acquired, as the case may be;
    c.  the date when you last had the association, representation or interest;
    d.  if, at any time, you had more than one association, relationship or interest in any such medical school or your association, relationship or interest in any such medial school changed, please set forth the specific nature of the additional and/or changed association, relationship and/or interest, the date when the additional or changed association or representation began and/or

2

        your additional or changed interest was acquired and the date when you last had the additional changed relationship, association or interest.
    e.    Did you disclose the association, relationship or interest to the Medical Board of California? If so, how and when?
    f.    Did you disclose any additional or change in the association, or relationship or interest to the Medical Board of California? If so, how and when?

15. Have you ever received, directly or indirectly, anything of value from any medical school located, in whole or in part, outside of the United States and Canada including, but not limited to, compensation or consideration for services rendered, gifts, honoraria, transportation, or accommodations?

16. If your question to the previous question is in the affirmative, identify each separate item of value that you received and for each such item provide the following:

    a.    the person and organization from which you received the item;
    b.    the date, time and place where you received the item;
    c.    your best estimate as to the value of the item;
    d.    the reason why you received the item;
    e.    if you received the item in exchange for any services rendered, or other consideration, please specify the services or consideration rendered.
    f.    Did you disclose your receipt of the item to the Medical Board of California? If so, how and when?

17. Have you ever served on the Board of Directors of any company that owns or owned or operates or operated, directly or indirectly, or had or has any interest in, a medical school located, in whole or in part, outside the United States of America and Canada?

18. If your answer to the preceding question is in the affirmative, please identify each company on whose board you served and the dates of your service, any communication or consideration that you received, and the scope of your duties.

19. If your answer to question "17" is in the affirmative, did you ever give notice to the Medical Board of California that you sit or sat on that Board of Directors? If so, how and when?

20. Have you ever been awarded an honorary degree or received any award, certificate honor, accolade or recognition from any medical school located, in whole or in part, outside of the United States and Canada?

21. If your answer to the preceding question is in the affirmative, please identify the medical school from which you received the degree, award, accolade or recognition, describe the degree, award, accolade, honor or recognition that you received, the date when it was received, and the reasons why it was given or awarded to you.

22. If your answer to question "20" is in the affirmative, did you ever advise the Medical Board of California that you had received such degree, award, honorarium, certificate or recognition? If so, how and when?

23. In determining to recommend that the Medical Board of California approve Semmelweis University's English Language Program without a site visit, how, if at all, did you determine whether the facilities at the University were adequate for the program?

24. In determining to recommend that the Medical Board of California approve Semmelweis University's English Language Program without a site visit, how, if at all, did you determine that all of the facilities, (labs, libraries, study rooms, classrooms, computers, recreation arrears, dormitories, etc) of the University's medical school that you may have been informed about or viewed in pictures were equally available to students in the University's English Language Program as they were for students in the University's medical school program taught in the Hungarian language?

25. In determining to recommend that the Medical Board of California approve Semmelweis University's English Language Medical School Program without a site visit, did you engage in any dialogue with faculty, administrators or students of either the University's medical school program taught in Hungarian or its English Language medical school program?

26. If your answer to the preceding question is in the affirmative, describe the nature of the discussions with each of the University's students, faculty and administrators in each of its programs, the outcomes of the discussions, the numbers of students with which you engaged in discussions, the means by which you did so and the duration of those discussions, the numbers of faculty with whom you engaged in discussion, their positions on the faculty and the courses that they taught, the outcomes of those discussions and the duration of those discussions, the numbers and positions of the administrators with whom you engaged in discussions, the outcomes of each of those discussions and the duration of each of those discussions.

27. Did you ever state to any person, including any member or staff of the Medical Board of California, or to any other consultant retained by the Medical Board of California, in sum or substance, that "the only good Caribbean Medical School is St. George's University"?

28. If your answer to the preceding question is in the affirmative, identify the person to whom the statement was made, the context in which the statement was made, the date, time, place and occasion where and when the statement was made.

29. In determining to recommend that the Medical Board of California approve Medical University of Lublin's English Language Program without a site visit, how, if at all, did you determine whether the facilities at the University were adequate for the program?

30. In determining to recommend that the Medical Board of California approve University of Lublin's English Language Program without a site visit, how, if at all, did you determine

that all of the facilities, (labs, libraries, study rooms, classrooms, computers, recreation arrears, dormitories, etc) of the University's medical school about which you may have been informed or viewed in pictures were equally available to students in the University's English Language Program as they were for students in the University's medical school program taught in the Hungarian language?

31. In determining to recommend that the Medical Board of California approved University of Lublin's English Language Medical School Program without a site visit, did you engage in any dialogue with faculty, administrators or students of either the University's medical school program taught in Hungarian or its English Language medical school program?

32. If your answer to the preceding question is in the affirmative, describe the nature of the discussions with each of the University's students, faculty and administrators in each of its programs, the outcomes of the discussions, the numbers of students with which you engaged in discussions, the means by which you did so and the duration of those discussions, the numbers of faculty with whom you engaged in discussion, their positions on the faculty and the courses that they taught, the outcomes of those discussions and the duration of those discussions, the numbers and positions of the administrators with whom you engaged in discussions, the outcomes of each of those discussions and the duration of each of those discussions.

33. In determining to recommend that the Medical Board of California approve Medical University of Szeged's English Language Program without a site visit, how, if at all, did you determine whether the facilities at the University were adequate for the program?

34. In determining to recommend that the Medical Board of California approve University of Szeged's English Language Program without a site visit, how, if at all, did you determine that all of the facilities, (labs, libraries, study rooms, classrooms, computers, recreation arrears, dormitories, etc) of the University's medical school were equally available to students in the University's English Language Program as they were for students in the University's medical school program taught in the Hungarian language?

35. In determining to recommend that the Medical Board of California approved University of Szeged's English Language Medical School Program without a site visit, did you engage in any dialogue with faculty, administrators or students of either the University's medical school program taught in Hungarian or its English Language medical school program?

36. If your answer to the preceding question is in the affirmative, describe the nature of the discussions with each of the University's students, faculty and administrators in each of its programs, the outcomes of the discussions, the numbers of students with which you engaged in discussions, the means by which you did so and the duration of those discussions, the numbers of faculty with whom you engaged in discussion, their positions on the faculty and the courses that they taught, the outcomes of those discussions and the duration of those discussions, the numbers and positions of the administrators with whom

5

you engaged in discussions, the outcomes of each of those discussions and the duration of each of those discussions.

37. Did you regard the question as to whether Semmelweis University's English Language Program had a system with central oversight to ensure that the faculty define the types of patients and clinical conditions that the medical students must encounter, the appropriate clinical setting for the educational experiences, and the expected level of medical student responsibility an important factor in determining whether to recommend to the Medical Board of California the University's application for approval be granted without a site visit?

38. Please describe in detail the system, if any, that was in place at Semmelweis University's English Language Program that had such central oversight as identified in the preceding question.

39. Please explain how you determined that Semmelweis University had in place any such system as you may have described in response to the preceding question and how, if at all, you determined that the system was effective and accomplished it purposes.

40. In determining to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program without a site visit, was the question as to whether its faculty monitored medical student experiences, and in particular, medical student experiences relating to clinical clerkships, and modified them as necessary to ensure that the objective of the medical education program were being met a significant consideration?

41. Did the faculty of Semmelweis University's English Language Program monitor medical students experiences, particularly as they related to clinical clerkships, and modify them as necessary to ensure that the objective of the medical education program were met?

42. If your answer to the preceding question is in the affirmative, please describe the methods by which the faculty of Semmelweis University's English Language Program so monitored the medical education experiences of its students, particularly as they related to clinical clerkships.

43. Please describe how, if at all, you were able to determine whether any methods employed by the faculty of Semmelweis University, particularly the medical education relating to clinical clerkships, were effective.

44. In determining to recommend to the Medical Board of California that it approve University of Lublin's English Language Program without a site visit was the question as to whether its faculty monitored medical student experiences, and in particular, medical student experiences relating to clinical clerkships, and modified them as necessary to ensure that the objective of the medical education program were being met a significant consideration?

6

45. Did the faculty of University of Lublin's English Language Program monitor medical students' experiences, particularly as they related to clinical clerkships, and modify them as necessary to ensure that the objective of the medical education program were met?

46. If your answer to the preceding question is in the affirmative, please describe the methods by which the faculty of University of Lublin's English Language Program so monitored the medical education experiences of its students, particularly as they related to clinical clerkships.

47. Please describe how, if at all, you were able to determine whether any methods employed by the faculty of University of Lublin's English Language Program, particularly the medical education provided through student clinical clerkships, were effective.

48. In determining to recommend to the Medical Board of California that it approve University of Szeged's English Language Program without a site visit was the question as to whether its faculty monitored medical student experiences, and in particular, medical student experiences relating to clinical clerkships, and modified them as necessary to ensure that the objective of the medical education program were being met a significant consideration?

49. Did the faculty of University of Szeged's English Language Program monitor medical students' experiences, particularly as they related to clinical clerkships, and modify them as necessary to ensure that the objective of the medical education program were met?

50. If your answer to the preceding question is in the affirmative, please describe the methods by which the faculty of University of Szeged's English Language Program so monitored the medical education experiences of its students, particularly as they related to clinical clerkships.

51. Please describe how, if at all, you were able to determine whether any methods employed by the faculty of University of Szeged English Language Program, particularly the medical education provided through student clinical clerkships, were effective.

52. In determining to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program, did you regard as a significant factor the issue as to whether all clinical experiences provided to medical students in that program utilize both outpatient and inpatient settings in all clerkships where such use was appropriate?

53. Did the clinical experiences provided to medical students by Semmelweis University's English Language Program utilize both outpatient and inpatient settings in all clerkships where such use was appropriate?

54. If your answer to the preceding question is in the negative, please provide the percentage of clinical experiences provided to medical students in the program that you could not

7

   determine through your own observation and investigation utilized both outpatient and inpatient settings.

55. In connection with your determination to recommend to the Medical Board of California the approval of Semmelweis University's English Language Program, how, if at all, did you determine that the clinical experiences provided to medical students in the program, and particularly, the clinical experiences of students outside of Hungary, utilized both outpatient and inpatient settings where such use was appropriate?

56. If you have indicated in your answers to the preceding four questions either that Semmelweis University's English Language Program did not utilize outpatient and inpatient settings in all of the clinical experiences provided to all of its students or that significant numbers of students engaged in clinical experiences which you could not verify as using both outpatient and inpatient settings, please explain in detail how either of those facts affected your determination to recommend to the Medical Board of California that Semmelweis University's English Language Program be approved.

57. In determining to recommend to the Medical Board of California that it approve University of Lublin's English Language Program, did you regard as a significant factor the issue as to whether all clinical experiences provided to medical students in that program utilize both outpatient and inpatient settings in all clerkships where such use was appropriate?

58. Did the clinical experiences provided to medical students by University of Lublin's English Language Program utilize both outpatient and inpatient settings in all clerkships where such utilization was appropriate?

59. If your answer to the preceding question is in the negative, please provide the percentage of clinical experiences provided to medical students in the program that you could not determine through your own observation and investigation utilized both outpatient and inpatient settings.

60. In connection with your determination to recommend to the Medical Board of California the approval of University of Lublin's English Language Program, how, if at all, did you determine that the clinical experiences provided to medical students in the program, and particularly, the clinical experiences of students outside of Poland, utilized both outpatient and inpatient settings in all cases where appropriate?

61. If you have indicated in your answers to the preceding four questions either that University of Lublin's English Language Program did not utilize outpatient and inpatient settings in all of the clinical experiences provided to all of its students where appropriate, or that significant numbers of students engaged in clinical experiences which you could not verify as using both outpatient and inpatient settings where appropriate, please explain in detail how either of those facts affected your determination to recommend to the Medical Board of California that University of Lublin's English Language Program be approved.

8

62. In determining to recommend to the Medical Board of California that it approve University of Szeged's English Language Program, did you regard as a significant factor the issues as to whether all clinical experiences provided to medical students in that program utilize both outpatient and inpatient settings where appropriate?

63. Did all of the clinical experiences provided to medical students by University of Szeged's English Language Program utilize both outpatient and inpatient settings where appropriate?

64. If you answer to the preceding is in the negative, please provide the percentage of clinical experiences provided to medical students in the program that you could not determine through your own observation and investigation utilized both outpatient and inpatient settings.

65. In connection with your determination to recommend to the Medical Board of California the approval of University of Szeged's English Language Program, how, if at all, did you determine that the clinical experiences provided to medical students in the program, and particularly, the clinical experiences of students outside of Hungary, utilized both outpatient and inpatient settings?

66. If you have indicated in your answers to the preceding four questions either that University of Szeged's English Language Program did not utilize all outpatient and inpatient settings in the clinical experiences provided to all of its students where appropriate or that significant numbers of students engaged in clinical experiences which you could not verify as using both outpatient and inpatient settings, please explain in detail how either of those facts affected your determination to recommend to the Medical Board of California that University of Szeged's English Language Program be approved.

67. Was fluency of students in the English Language Program in Hungarian during clinical education in that country a substantial requirement in order for you to recommend that the Medical Board of California approve Semmelweis University's English Language Program?

68. If your answer to the preceding question is in the affirmative, what objective outcome data if any, or other evidence did you review in order to establish that students in Semmelweis University's English Language Program were sufficiently fluent in the Hungarian Language to have obtained an appropriate education through clinical clerkships in Hungary?

69. Was fluency of students in the English Language Program in Polish during clinical education in that country a substantial requirement in order for you to recommend that the Medical Board of California approve University of Lublin's English Language Program?

9

70. If your answer to the preceding question is in the affirmative, what objective outcome data if any, or other evidence, did you review in order to establish that students in University of Lublin's English Language Program were sufficiently fluent in the Polish Language to have obtained an appropriate education through clinical clerkships in Poland?

71. Was fluency of students in the English Language Program in Hungarian during clinical education in that country a substantial requirement in order for you to recommend that the Medical Board of California approve University of Szeged's English Language Program?

72. If your answer to the preceding question is in the affirmative, what objective outcome data if any, or other evidence, did you review in order to establish that students in University of Szeged's English Language Program were sufficiently fluent in the Hungarian Language to have obtained an appropriate education through clinical clerkships in Hungary?

73. What information did you have as to the pass rates and scores on the USLME Step I, Step II CK and Step II CS Medical Licensing Exams of the students in Semmelweis University's English Language Program when you recommended that school for approval to the Medical Board of California?

74. Please set forth your understanding, if any, of the pass rates and scores obtained by students in Semmelweis University's English Language Program on the USLME Step I, Step II CK and Step II CS Medical Licensing Exam when you recommended that school for approval to the Medical Board of California.

75. Are pass rates and the scores of the students in a foreign medical school program on the various steps and parts of the USMLE significant factors that you would consider in determining whether to recommend to the Medical Board of California that it approve or disapprove a medical educational program of an international medical school?

76. Please explain in detail the reason for your answer to the preceding question.

77. What information did you have as to the pass rates and scores on the USLME Step I, Step II CK and Step II CS Medical Licensing Exams of the students in University of Lublin's English Language Program when you recommended that school for approval to the Medical Board of California?

78. Please set forth your understanding, if any, of the pass rates and scores obtained by students in University of Lublin's English Language Program on the USLME Step I, Step II CK and Step II CS Medical Licensing Exam when you recommended that school for approval to the Medical Board of California.

79. What information did you have as to the pass rates and scores on the USLME Step I, Step II CK and Step II CS Medical Licensing Exams of the students in University of Szeged's

10

English Language Program when you recommended that school for approval to the Medical Board of California?

80. Please set forth your understanding, if any, of the pass rates and scores obtained by students in University of Szeged's English Language Program on the USLME Step I, Step II CK and Step II CS Medical Licensing Exam when you recommended that school for approval to the Medical Board of California.

81. Did Semmelweis University provide any outcome data demonstrating the extent to which the educational objectives of its English Language Program were being met at the time you recommended that school for approval to the Medical Board of California?

82. If your answer to the preceding question is in the affirmative, please identify all such outcome data and explain how, if at all, that outcome data influenced your determination to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program.

83. If your answer to question "81" is in the negative, please show how the lack of outcome data influenced your decision to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program. In your response to this question, please explain why the lack of objective outcome data did not result in your determination to recommend that Semmelweis University's English Language Program be disapproved.

84. Did University of Lublin provide any outcome data demonstrating the extent to which the educational objectives of its English Language Program were being met at the time you recommended that school for approval to the Medical Board of California?

85. If your answer to the preceding question is in the affirmative, please identify all such outcome data and explain how, if at all, that outcome data influenced your determination to recommend to the Medical Board of California that it approve University of Lublin's English Language Program.

86. If your answer to question "84" is in the negative, please show how the lack of outcome data influenced your decision to recommend to the Medical Board of California that it approve University of Lublin's English Language Program. In your response to this question, please explain why the lack of objective outcome data did not result in your determination to recommend that University of Lublin's English Language Program be disapproved.

87. Did University of Szeged provide any outcome data demonstrating the extent to which the educational objectives of its English Language Program were being met at the time you recommended that school for approval to the Medical Board of California?

88. If your answer to the preceding question is in the affirmative, please identify all such outcome data and explain how, if at all, that outcome data influenced your determination

to recommend to the Medical Board of California that it approve University of Szeged's English Language Program.

89. If your answer to question "87" is in the negative, please show how the lack of outcome data influenced your decision to recommend to the Medical Board of California that it approve University of Szeged's English Language Program.  In your response to this question, please explain why the lack of objective outcome data did not result in your determination to recommend that University of Szeged's English Language Program be disapproved.

90. Is the question as to whether a medical education program has, or is assured the use of, appropriate resources for the clinical instruction of its medical students a significant consideration in your determination to recommend approval or disapproval of a foreign medical schools' programs to the Medical Board of California?  In your answer please explain if so, why, and if not, why not.

91. In recommending to the Medical Board of California that it approve or disapprove a foreign medical school, did you consider success on entrance exams or satisfaction of grade point average requirements for admission a significant factor in determining whether to recommend to the Medical Board of California that it approve or disapprove the medical program of a medical school?  If so, why, and if not, why not.

92. You reported to the Medical Board of California that the Medical University of Lublin's English Language Program did not use entrance exams or grade point average requirements for admission to the school.  Please explain in detail why you recommended to the Medical Board of California that it approve the Medical University of Lublin's English Language Program notwithstanding those facts.

93. Were all of the clerkships at Semmelweis University's English Language Program conducted in healthcare settings in which residents and physicians in accredited programs of graduate medical education, under faculty guidance, participate in teaching the medical students?

94. If your answer to the preceding question is in the negative, please explain in detail why you nevertheless recommended to the Medical Board of California that it approve Semmelweis University's English Language Program.

95. Did Semmelweis University's English Language Program have written and signed affiliation agreements with all of the institutions in which its students engaged in clinical clerkships that defined, at a minimum, the responsibilities of each party relating to the program?

96. If your answer to the preceding question is in the negative, did you regard that fact as a significant consideration in determining to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program?  If so, why?  If not, why not?

97. Did you find that Semmelweis University's English Language Program adequately monitored exposure in all clinical clerkships?

98. If your answer to the preceding question is in the affirmative, please provide the following information:

    a. Describe how the school determined the appropriate number of cases to ensure competence and what the appropriate numbers were.
    b. How, if at all, did you determine whether Semmelweis University's English Language Program adequately monitored exposure so as to ensure that students in various clerkships were exposed to the appropriate number of cases and so as to guarantee competence?
    c. Was the monitoring or lack of monitoring, as the case may be of Semmelweis University's English Program's students in order to ensure that the students are exposed to the appropriate number of cases a significant factor in your determination to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program?
    d. If so, why? If not, why not?

99. Did you find that University of Lublin's English Language Program adequately monitored exposure in all clinical clerkships?

100. If your answer to the preceding question is in the affirmative, please provide the following information:
    a. Describe how the school determined the appropriate number of cases to ensure competence and what the appropriate numbers were.
    b. How, if at all, did you determine whether University of Lublin's English Language Program adequately monitored exposure so as to ensure that students in various clerkships were exposed to the appropriate number of cases so as to guarantee competence?
    c. Was the monitoring or lack of monitoring, as the case maybe of University of Lublin's English Language Program's students in order to ensure that the students are exposed to the appropriate number of cases a significant factor in your determination to recommend to the Medical Board of California that it approve University of Lublin's English Language Program?
    d. If so, why? If not, why not?

101. Did you find that University of Szeged's English Language Program adequately monitored exposure in all clinical clerkships?

102. If your answer to the preceding question is in the affirmative, please provide the following information:
    a. Describe how the school determined the appropriate number of cases to ensure competence and what the appropriate numbers were.

      b.      How, if at all, did you determine whether University of Szeged's English Language Program adequately monitored exposure so as to ensure that students in various clerkships were exposed to the appropriate number of cases so as to guarantee competence?

      c.      Was the monitoring or lack of monitoring, as the case maybe of University of Szeged's English Language Program's students in order to ensure that the students are exposed to the appropriate number of cases a significant factor in your determination to recommend to the Medical Board of California that it approve University of Szeged's English Language Program?

      d.      If so, why? If not, why not?

103. Was comparability of educational experiences for all students across multiple institutional sites a substantial factor you considered in determining whether to recommend approval or disapproval of a medical program to the Medical Board of California?

104. Did Semmelweis University's English Language Program demonstrate to you comparability of educational experiences for all its students across its institutional sites and, in particular, in all of the sites where its students engaged in clinical clerkships?

105. If your answer to the preceding question is in the negative, how, if at all, did this circumstance affect your determination to recommend to the Medical Board of California that it approve Semmelweis University's English Language Program? Please explain in detail the basis for your answer.

106. Did University of Lublin's English Language Program demonstrate to you comparability of educational experiences for all its students across its institutional sites and, in particular, in all of the sites where its students engaged in clinical clerkships?

107. If your answer to the preceding question is in the negative, how, if at all, did this circumstance affect your determination to recommend to the Medical Board of California that it approve University of Lublin's English Language Program? Please explain in detail the basis for your answer.

108. Did University of Szeged's English Language Program demonstrate to you comparability of educational experiences for all its students across its institutional sites and, in particular, in all of the sites where its students engaged in clinical clerkships?

109. If your answer to the preceding question is in the negative, how, if at all, did this circumstance affect your determination to recommend to the Medical Board of California that it approve University of Szeged's English Language Program? Please explain in detail the basis for your answer.

110. Did the Medical Board of California, or anyone on its staff, ever advise you that the Board, or its staff, wished to have a more streamlined process for determining

whether to approve or disapprove English language programs of foreign medical schools located in Europe?

111.   If your answer to the preceding question is in the affirmative, please identify the individual or individuals who so advised and state whether you followed that direction.

112.   Did you hold foreign medical schools located outside of the Caribbean and/or whose student bodies were not predominantly from the United States of America to a different standard from that which you held schools located in the Caribbean whose students bodies were predominantly from the United States of America in determining whether to recommend to the Medical Board of California approval or disapproval of the school?

113.   If your answer to the preceding question is in the affirmative, explain why you did so.

114.   Please list all of the foreign medical schools that you have recommended to the Medical Board of California that it approve without a site visit.

115.   For each school that you identified in response to the preceding question, set forth all of the facts that you considered in determining to recommend approval without a site visit and how each factor influenced or affected your determination to recommend approval of the school without a site visit.

116.   Please list all of the foreign medical schools for which you recommended to the Medical Board of California that a site visit be conducted in order to determine whether to approve or disapprove the school.

117.   For each of the schools that you identified in response to the preceding question, set forth all of the factors that you considered in determining to recommend that a site visit be conducted before approval or disapproval, and explain how your consideration of each factor influenced or affected your determination to recommend a site visit before approval or disapproval.

118.   Has the Medical Board of California, or anyone on its staff, ever advised you prior to the time you issued your initial report regarding a foreign medical school that a site visit would or would not be required of that foreign medical school in order for the Board to determine whether to approve or disapprove that school?

119.   If your answer to the preceding question is in the affirmative, identify the person or persons who so advised, and the substance of the advice, including the reason given for the advice, if any.

120.   Did you recommend to the Medical Board of California that it approve Semmelweis University's English Language Program even though 50% to 60% of clerkship time takes place in an international student's home country, and no information

was provided by the school nor determination made whether that clerkship time satisfied CAL. BUS. & PROF. CODE § 2089.5(d)-(e) or CAL. CODE REGS. tit. 16, § 1314.1(b)(4)?

121. If your answer to the preceding question is in the affirmative, explain each of your reasons for doing so.

122. Did you recommend to the Medical Board of California that it approve Medical University of Lublin's English Language Program even though taking/passing the USMLE is neither required nor monitored by the school which is in contradiction of CAL. CODE REGS. tit. 16, § 1314.1(b)(14)?

123. If your answer to the preceding question is in the affirmative, explain each of your reasons for doing so.

124. Did you recommend to the Medical Board of California that it approve Medical University of Lublin's English Language Program even though there is no entrance exam or grade point average requirement for admission to the school which is in contradiction of CAL. CODE REGS. tit. 16, § 1314.1(b)(8)?

125. If your answer to the preceding question is in the affirmative, explain each of your reasons for doing so.

126. Did you recommend to the Medical Board of California that it approve University of Szeged's English Language Program even though no information was provided by the school nor determination made regarding whether clerkships outside of Hungary satisfied CAL. BUS. & PROF. CODE § 2089.5(d)-(e) or CAL. CODE REGS. tit. 16, § 1314.1(b)(4)?

127. If your answer to the preceding question is in the affirmative, explain each of your reasons for doing so.

128. In your report to the Medical Board of California regarding University of Szedged's English Language Program, you reported that the expenditures of the program exceeded revenue for the school for the three years which the school provided data. Did these facts influence positively or negatively your report and recommendation, and explain why it did or did not do so as the case may be.