**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**AMERICAN UNIVERSITY OF ANTIGUA**                  **PLAINTIFFS**
**COLLEGE OF MEDICINE; ET AL.**

      **v.**                     **No. 4:09-CV-306 (DPM)**

**ARKANSAS STATE MEDICAL BOARD; ET AL.**        **DEFENDANTS**

**JOINT MOTION FOR CONTINUANCE**

Plaintiffs, American University of Antigua College of Medicine, et al., and Defendants, Arkansas State Medical Board, et al., move the Court to continue and extend the deadlines contained in the current scheduling order (dkt. #35).  In support of their motion, plaintiffs and defendants state:

1.      The parties have agreed to this motion and the relief it requests.

2.      The Court, in its Order (dkt. #35), set the schedule for this matter, including deadlines for discovery, all motions (other than motions in limine), pretrial disclosure sheets, and trial.  The Court maintained the other deadlines provided for in its previous scheduling order, docket number 18, which are tied to the trial date.

3.      Pursuant to Federal Rule of Civil Procedure 16(a)(4) and Local Rule 7.5, a court may modify its scheduling order for good cause.

4.      Plaintiffs and defendants jointly agree that cause exists for an extension of all deadlines contained in the Court's Order (dkt. #35) because there is significant discovery left to be done and the parties are exploring the possibility of resolution.  Further, defendants have a regularly scheduled meeting for late during the week that trial is currently scheduled, and it will present a hardship on the Board members to be away from their practices for a multi-day trial and a multi-day board meeting during the same week.

5.     Therefore, the parties request that the Court extend the discovery deadline to January 3, 2011; the motions deadline (other than motions in limine) to January 24, 2011; trial to sometime after March 28, 2011, at the Court's convenience; maintain the pretrial disclosure sheet deadline of 30 days before trial; and maintain all other dates in the Court's previous scheduling order contained in docket number 18.

WHEREFORE, plaintiffs and defendants pray that the Court grant this motion and extend the deadlines in this matter as set forth above.

DATED:  August 27, 2010.

> Leonard A. Sclafani
> LEONARD A. SCLAFANI, P.C.
> 2 Wall Street – 5th Floor
> New York, New York 10005
> (212) 696-9880
>
> SHULTS, BROWN & PERKINS, LLP
> 200 West Capitol Avenue, Suite 1600
> Little Rock, AR 72201-3637
> (501) 375-2301
>
> By:  /s/ John Perkins
>         John P. Perkins, III
>         Ark. Bar No. 2005252
>         jperkins@shultslaw.com
>
>         Debra K. Brown
>         Ark. Bar No. 80068
>         dbrown@shultslaw.com
>
>         Steven Shults
>         Ark. Bar No. 78139
>         sshults@shultslaw.com
>
> *Attorneys for Plaintiffs*
>
> Arkansas Attorney General's Office
> 323 Center Street, Suite 200
> Little Rock, Arkansas  72201-2610
> (501) 682-3665 – Telephone

(501) 682-2591 – Facsimile


/s/ Mark Nicholas Ohrenberger (*by permission*)
Mark Nicholas Ohrenberger
Ark Bar No. 2005151
mark.ohrenberger@arkansasag.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 27, 2010, I electronically filed this Joint Motion for Continuance with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov


By:  /s/ John Perkins__＿＿＿＿＿＿
        John P. Perkins, III