IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| AMERICAN UNIVERSITY OF ANTIGUA COLLEGE OF MEDICINE; SHREEKANTH CHERUKU; ANJAN PATEL; AMBER MILWARD; and JUSTIN T. HARNEY | PLAINTIFFS |
| v.    Case No. 4:09-cv-00306-DPM | |
| ARKANSAS STATE MEDICAL BOARD; TRENT P. PIERCE, M.D.; JOSEPH M. BECK, II, M.D.; BOBBY E. COGBURN, M.D.; ANNE BRITTON; OMAR T. ATIQ, M.D.; JIM C. CITTY, M.D.; WILLIAM F. DUDDING, M.D.; ROGER HARMON, P.D; PATTY K. PETTWAY, D.O.; DOUGLAS F. SMART, M.D.; JOHN B. WEISS, M.D.; and HAROLD B. BETTON, M.D. | DEFENDANTS |

ORDER

The parties' second joint motion to continue, Document No. 40, is granted for good cause shown. FED. R. CIV. P. 16(b)(4); Local Rule 7.5(a) & (b). A new scheduling order will issue promptly, preserving the parties' requested

deadlines from the previous scheduling order, *Document No. 18*. The new order will provide for a settlement conference before the Honorable Beth Deere, United States Magistrate Judge.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 Sept. 2010