IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                    PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

     v.          No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                              DEFENDANTS

### AMENDED NOTICE OF DEPOSITION BY WRITTEN QUESTIONS OF HAROLD J. SIMON, M.D., Ph.D.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 31, Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, will take the deposition of Harold J. Simon, M.D., Ph.D. by written questions. The written questions were attached to the original notice as Exhibit A. (Docket No. 39). The deposition will be taken at 9:00 a.m. on September 9, 2010, before Barkley Court Reporters at the University of California San Diego, School of Medicine, 9500 Gilman Drive, IOA Building, Department of Medicine, Room 220, La Jolla, California 92093-0507.

DATED: September 3, 2010.

                        Leonard A. Sclafani
                        LEONARD A. SCLAFANI, P.C.
                        2 Wall Street – 5th Floor
                        New York, New York 10005
                        (212) 696-9880

                        SHULTS, BROWN & PERKINS, LLP
                        200 West Capitol Avenue, Suite 1600
                        Little Rock, AR 72201-3637
                        (501) 375-2301

                        By: /s/ John Perkins
                             John P. Perkins, III
                             Ark. Bar No. 2005252
                             jperkins@shultslaw.com

        Debra K. Brown
        Ark. Bar No. 80068
        dbrown@shultslaw.com

        Steven Shults
        Ark. Bar No. 78139
        sshults@shultslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2010, I electronically filed this Amended Notice of Deposition by Written Questions with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov


        By:  /s/ John Perkins
             John P. Perkins, III