IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                        PLAINTIFFS
COLLEGE OF MEDICINE, et al.

v.                            4:09CV306 SWW

ARKANSAS STATE MEDICAL
BOARD, et al.                                          DEFENDANTS

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7.2(d)(1) of the Local Rules, defendants Arkansas State Medical Board (the "Board"); Trent Pierce, M.D.; Joseph M. Beck, II, M.D.; Bobby E. Cogburn, M.D.; Anne Britton; Omar T. Atiq, M.D.; Jim C. Citty, M.D.; William F. Dudding, M.D.; Roger Harmon, M.D.; Patty K. Pettway, D.O.; Douglas F. Smart, M.D.; John B. Weiss, M.D.; and Harold B. Betton, M.D. (collectively the "Defendants") submit the following unopposed motion for an extension of time to file motions.

1. This civil rights action is currently set for trial during the week of June 20, 2011. Under the current scheduling order, the deadline to file all motions except motions in limine is March 22, 2011. (D.E. No. 43.) Thus, the current motions deadline is approximately ninety days before trial.

2. The parties have been working toward settlement of this case, and it appears very likely that this case will settle. At present, the parties are awaiting the next scheduled meeting of the Board, which will be held on April 7-8, 2011, at which the Board is expected to consider and vote on the proposed settlement.

1

3.  If, for some reason, a settlement agreement in this case is not approved on April 7 or 8, 2011, the Defendants wish to preserve their opportunity to file a dispositive motion. For this reason, the Defendants are respectfully requesting an extension of thirty days, until April 21, 2011, of the deadline to file motions other than motions in limine.  If granted, the requested extension would still require all motions other than motions in limine to be filed approximately sixty days prior to trial, which would leave sufficient time for the parties to brief any filed motions and for the Court to rule on those motions in advance of the trial date.

4.  This motion is not be filed for purposes of delay, and the only other deadline that would be affected by an order granting this motion is the current setting of a hearing on May 5, 2011, for oral argument on any dispositive motions.  This motion is instead being filed to prevent the parties from wasting time and resources in engaging in unnecessary motion practice.

5.  The plaintiff's counsel has graciously consented to the requested extension.

WHEREFORE, the Defendants respectfully move the Court to grant their motion and extend the time for filing motions other than motions in limine by thirty days, establishing a new deadline of April 21, 2011.

                                              Respectfully Submitted,

                                              MARK N. OHRENBERGER
                                              Assistant Attorney General

                    By:    /s/ Mark N. Ohrenberger
                                              Mark N. Ohrenberger, ABN 2005151
                                              Arkansas Office of Attorney General
                                              323 Center Street, Suite 200
                                              Little Rock, AR 72201-2610
                                              Telephone: (501) 682-3665
                                              Facsimile: (501) 682-2591
                                              mark.ohrenberger@arkansasag.gov

                                              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

       I, Mark N. Ohrenberger, Assistant Attorney General, hereby certify that on March 22, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants:

Ms. Debra K. Brown                        Mr. John Peyton Perkins, III
Email: dbrown@shultslaw.com          Email: jperkins@shultslaw.com

Mr. Steven T. Shults
Email: sshults@shultslaw.com

       I, Mark N. Ohrenberger, Assistant Attorney General, do hereby certify that on March 22, 2011, I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. Leonard A. Scalfani
Attorney at Law
2 Wall Street, Suite 500
New York, NY 10005

                                                    /s/ Mark N. Ohrenberger
                                                   Mark N. Ohrenberger