IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                                            PLAINTIFFS
COLLEGE OF MEDICINE, et al.

v.                              4:09CV306 SWW

ARKANSAS STATE MEDICAL
BOARD, et al.                                                             DEFENDANTS

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's amended final scheduling order (D.E. No. 43,) all defendants collectively submit the following status report.

1. This civil rights action is currently set for a bench trial during the week of June 20, 2011.  (D.E. No. 43.)

2. No motions are currently pending.  However, if this case does not settle, the defendants anticipate filing motion for summary judgment or a motion for partial summary judgment on or before the motions deadline of April 21, 2011 (D.E. No. 53).

3. A settlement conference is currently scheduled for April 20, 2011.  (D.E. No. 50.) However, there is a high likelihood that this case will settle, and it will likely be resolved as of the Arkansas State Medical Board's next regular meeting, which is scheduled to take place on April 7-8, 2011.

4. If this case ends up going to trial, the defendants anticipate that the trial will take up to two days.

          Respectfully Submitted,

          MARK N. OHRENBERGER
          Assistant Attorney General

By:   /s/ Mark N. Ohrenberger
       Mark N. Ohrenberger, ABN 2005151
       Arkansas Office of Attorney General
       323 Center Street, Suite 200
       Little Rock, AR  72201-2610
       Telephone: (501) 682-3665
       Facsimile:  (501) 682-2591
       mark.ohrenberger@arkansasag.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Mark N. Ohrenberger, Assistant Attorney General, hereby certify that on March 28, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants:

Ms. Debra K. Brown
Email: dbrown@shultslaw.com

Mr. John Peyton Perkins, III
Email: jperkins@shultslaw.com

Mr. Steven T. Shults
Email: sshults@shultslaw.com

I, Mark N. Ohrenberger, Assistant Attorney General, do hereby certify that on March 28, 2011, I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. Leonard A. Scalfani
Attorney at Law
2 Wall Street, Suite 500
New York, NY 10005

          /s/ Mark N. Ohrenberger
          Mark N. Ohrenberger