IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                               PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

v.                No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                          DEFENDANTS

## STATUS REPORT

Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, and Justin T. Harney, submit the following status report to the Court in accordance with the Amended Final Scheduling Order entered in this matter:

1. A settlement conference was conducted on February 16, 2011. As a result of that meeting, a settlement stipulation has been submitted to all parties for approval. At this time, the parties have not agreed to a settlement.

2. The estimated length of trial is five to six days.

DATED: March 28, 2011.

                                    Leonard A. Sclafani
                                    LEONARD A. SCLAFANI, P.C.
                                    2 Wall Street – 5th Floor
                                    New York, New York 10005
                                    (212) 696-9880

                                    SHULTS, BROWN & PERKINS, LLP
                                    200 West Capitol Avenue, Suite 1600
                                    Little Rock, AR 72201-3637
                                    (501) 375-2301

                                    By:  /s/ John Perkins
                                          John P. Perkins, III
                                          Ark. Bar No. 2005252
                                          jperkins@shultslaw.com

                                        Debra K. Brown
                                        Ark. Bar No. 80068
                                        dbrown@shultslaw.com

                                        Steven Shults
                                        Ark. Bar No. 78139
                                        sshults@shultslaw.com

                       *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

     I certify that on March 28, 2011, I electronically filed this Status Report with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    Mark N. Ohrenberger
    Arkansas Office of Attorney General
    323 Center Street, Suite 200
    Little Rock, Arkansas 72201-2610
    Mark.ohrenberger@arkansasag.gov


                                  By:  /s/ John Perkins_____
                                             John P. Perkins, III