IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF ANTIGUA                              PLAINTIFFS
COLLEGE OF MEDICINE; ET AL.

v.                        No. 4:09-CV-306 (DPM)

ARKANSAS STATE MEDICAL BOARD; ET AL.                        DEFENDANTS

**JOINT MOTION TO DISMISS**

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiffs, American University of Antigua College of Medicine, Shreekanth Cheruku, Anjan Patel, Amber Milward, Justin T. Harney, and defendants, the Arkansas State Medical Board, Trent P. Pierce, M.D., Joseph M. Beck, II, M.D., Bobby E. Cogburn, M.D., Anne Britton, Omar T. Atiq, M.D., Jim C. Citty, M.D., William F. Dudding, M.D., Roger Harmon, P.D., Patty K. Pettway, D.O., Douglas F. Smart, M.D., John B. Weiss, M.D., and Harold B. Betton, M.D., being all of the parties to this action, jointly move the Court to dismiss this action on the following terms and in accordance with the Settlement Stipulation entered in this matter (dkt. no. 57):

a.      All the claims of all plaintiffs asserted in this action against all defendants, both in their official and individual capacities, are dismissed with prejudice.

b.      This dismissal is the product of settlement, the terms of which are detailed in the Settlement Stipulation (dkt. no. 57) filed in this action.

c.      Each party shall bear its own costs, expenses, and attorneys' fees.

WHEREFORE, the parties to this action jointly request the Court to enter an order of dismissal in accordance with the terms of this motion.

1

DATED:  April 15, 2011.

        Leonard A. Sclafani
        LEONARD A. SCLAFANI, P.C.
        2 Wall Street – 5th Floor
        New York, New York 10005
        (212) 696-9880

        SHULTS, BROWN & PERKINS, LLP
        200 West Capitol Avenue, Suite 1600
        Little Rock, AR 72201-3637
        (501) 375-2301

        By:  /s/ John Perkins
            John P. Perkins, III
            Ark. Bar No. 2005252
            jperkins@shultslaw.com

            Steven Shults
            Ark. Bar No. 78139
            sshults@shultslaw.com

        *Attorneys for Plaintiffs*

        ARKANSAS OFFICE OF
        ATTORNEY GENERAL
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201-2610

        By:  */s/ Mark Ohrenberger (w/permission)*
        Mark N. Ohrenberger

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2011, I electronically filed this Joint Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mark N. Ohrenberger
Arkansas Office of Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201-2610
Mark.ohrenberger@arkansasag.gov

By: /s/ John Perkins_____
John P. Perkins, III