IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF
ANTIGUA COLLEGE OF
MEDICINE; SHREEKANTH
CHERUKU; ANJAN PATEL;
AMBER MILWARD; and
JUSTIN T. HARNEY                                                    PLAINTIFFS

v.                    Case No. 4:09-cv-306-DPM

ARKANSAS STATE MEDICAL
BOARD; TRENT P. PIERCE, M.D.;
JOSEPH M. BECK, II, M.D.;
BOBBY E. COGBURN, M.D.;
ANNE BRITTON; OMAR T. ATIQ,
M.D.; JIM C. CITTY, M.D.;
WILLIAM F. DUDDING, M.D.;
ROGER HARMON, P.D; PATTY K.
PETTWAY, D.O.; DOUGLAS F.
SMART, M.D.; JOHN B. WEISS,
M.D.; and HAROLD B. BETTON,
M.D.                                                                 DEFENDANTS

## ORDER

The joint motion to dismiss with prejudice, *Document No. 58*, is granted.

FED. R. CIV. P. 41(a)(2). The case is dismissed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 April 2011