IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMERICAN UNIVERSITY OF
ANTIGUA COLLEGE OF
MEDICINE; SHREEKANTH
CHERUKU; ANJAN PATEL;
AMBER MILWARD; and
JUSTIN T. HARNEY                                                                PLAINTIFFS

v.                              Case No. 4:09-cv-306-DPM

ARKANSAS STATE MEDICAL
BOARD; TRENT P. PIERCE, M.D.;
JOSEPH M. BECK, II, M.D.;
BOBBY E. COGBURN, M.D.;
ANNE BRITTON; OMAR T. ATIQ,
M.D.; JIM C. CITTY, M.D.;
WILLIAM F. DUDDING, M.D.;
ROGER HARMON, P.D; PATTY K.
PETTWAY, D.O.; DOUGLAS F.
SMART, M.D.; JOHN B. WEISS,
M.D.; and HAROLD B. BETTON,
M.D.                                                                              DEFENDANTS

## JUDGMENT

The Amended Complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 Ap. 11